## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN CASEY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION H-12-637 |
| | § | |
| AMSHER COLLECTION SERVICES, INC., | § | |
| | § | |
| *Defendant.* | § | |

### ORDER

The stipulation of dismissal with prejudice (Dkt. 13) is GRANTED.  It is therefore

ORDERED that this matter is DISMISSED with prejudice.

The conditional order of dismissal (Dkt. 12) entered November 26, 2012 is VACATED.


Signed at Houston, Texas on January 17, 2013.

Gray H. Miller
United States District Judge